IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| KEVIN JEROME JONES | § | |
| VS. | § | CIVIL ACTION NO. 9:18-CV-205 |
| G. SPURLOCK, ET AL. | § | |

## ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Kevin Jerome Jones, a prisoner confined at the Eastham Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against G. Spurlock, Captain Scott, and Officer Antonio.

The Court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing the action pursuant to 28 U.S.C. § 1915(e) as frivolous and for failure to state a claim upon which relief may be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and the pleadings. Plaintiff filed objections to the Magistrate Judge's Report and Recommendation.

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the Court concludes the objections are without merit. The Magistrate judge correctly concluded that plaintiff's claim that

he was denied access to the courts is frivolous and fails to state a claim upon which relief may be granted.

## **ORDER**

Accordingly, plaintiff's objections (document nos. 42, 43, and 44) are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge (document no. 40) is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

**So Ordered and Signed**
Jun 17, 2019

_____
Ron Clark, Senior District Judge